## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

EDEL RODRIGUEZ,

    Plaintiff,

v.                                           Case No. 8:25-cv-02059-JLB-NHA

UNITED GROUND EXPRESS, INC.,

    Defendant.

_____/

## STIPULATED CONSENT TO IDEAL PROGRAM
## AND TO MAGISTRATE JUDGE AUTHORITY

    Plaintiff Edel Rodriguez and Defendant United Ground Express, Inc. stipulate and consent to submission of this case to the IDEAL Program and to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Dated this 26th day of September, 2025.

| | |
|---|---|
| */s/ Zandro E. Palma* | */s/ Cullan E. Jones* |
| Zandro E. Palma | Cullan E. Jones |
| Florida Bar No. 0024031 | Florida Bar No. 98615 |
| zep@thepalmalawgroup.com | cjones@fordharrison.com |
| **ZANDRO E. PALMA, P.A.** | Ivan R. Ayala-Garcia |
| 9100 S. Dadeland Blvd., Suite 1500 | Florida Bar No. 1039340 |
| Miami, FL 33156 | **FORDHARRISON LLP** |
| Telephone: (305) 446-1500 | 401 East Jackson Street, Suite 2500 |
| Facsimile: (305) 446-1502 | Tampa, Florida 33602 |
| | Telephone: (813) 261-7800 |
| Attorney for Plaintiff | Facsimile: (813) 261-7899 |
| | |
| | Attorneys for Defendant |

**Reference Order**

  **IT IS ORDERED**: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: <u>October 1, 2025</u>

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Note: Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a judge.